1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ERIC JOHNSON,                              1:12-cv-1956-BAM  (HC)

12           Petitioner,
                                          ORDER DISREGARDING MOTION FOR
13        vs.                             APPOINTMENT OF COUNSEL

14   RAUL LOPEZ,
                                          (DOCUMENT #14)
15           Respondent.

16   _____/

17          On December 27, 2012, the instant petition filed pursuant to 28 U.S.C. § 2254 was

18   dismissed and judgment was entered.

19          On January 17, 2013, Petitioner filed a notice of appeal, along with a motion for the

20   appointment of counsel.  Petitioner's motion is addressed to the Ninth Circuit Court of Appeals

21   and he requests counsel be appointed on appeal.  Therefore, because judgment has been entered

22   in this Court and the case is now on appeal, Petitioner's motion is be disregarded as it should

23   be filed in the Ninth Circuit Court of Appeals.

24          IT IS SO ORDERED.

25   **Dated:    February 6, 2013**                 _____/s/ **Barbara A. McAuliffe**_____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28